# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

August 9, 2021

*By the Court*:

|  |  |
|---|---|
| No. 21-2360 | JOHN DOE,<br><br>                Plaintiff - Appellant<br><br>v.<br><br>LOYOLA UNIVERSITY OF CHICAGO,<br><br>                Defendant - Appellee |

| Originating Case Information: |
|---|
| District Court No: 1:20-cv-07293 |
| Northern District of Illinois, Eastern Division |
| District Judge Manish S. Shah |

Upon consideration of the **UNOPPOSED MOTION TO WITHDRAW NOTICE OF APPEAL OF PLAINTIFF-APPELLANT**, filed on August 9, 2021, by counsel for Appellant John Doe,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: **c7_FinalOrderWMandate**     (form ID: **137**)

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit